**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALAMABA**

|  |  |
|---|---|
| ARCHIE LOCKLEY,<br>    Plaintiff<br><br>v.<br><br>ACCOUNTS RECEIVABLE TECHNOLOGIES,<br><br>    Defendant | )<br>)<br>)<br>)<br>)  **Case No.: 2:17-cv-00575-SRW**<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: October 17, 2017

BY: */s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: aginsburg@creditlaw.com
Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 17th day of October, 2017, a true and correct copy of the foregoing pleading served via mail to the below:

Accounts Receivable Technologies
377 Hoes Lane
Suite 200
Piscataway NJ 08820

*/s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: aginsburg@creditlaw.com
Attorney for Plaintiff