IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARCHIE LOCKLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:17-cv-575-SRW |
| | ) |
| ACCOUNTS RECEIVABLE TECHNOLOGIES, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This matter is before the court on the notice of voluntary dismissal (Doc. 8) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) on October 17, 2017. Upon consideration of the same, it is hereby

ORDERED that the Clerk of Court is DIRECTED to close this case. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

DONE, on this the 17th day of October, 2017.

/s/ Susan Russ Walker
Susan Russ Walker
United States Magistrate Judge